UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18-cv-03367-RLY-MJD |
| | ) | |
| $56,380.00 UNITED STATES CURRENCY, | ) | |
| Clerk's Entry of Default Entered on 2/13/19, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| ANGELA CARTER, | ) | |
| | ) | |
| Claimant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff, the United States of America, filed a Motion to Strike Angela Carter's Answer, arguing she could not establish Article III and statutory standing pursuant to Supplemental Rule G8(b) of the Supplemental Rules for Maritime Claims and Asset Forfeiture Actions. The court referred the matter to the Magistrate Judge, who issued his Report and Recommendation.

The Magistrate Judge recommended that the Government's motion be granted. Neither party objects. "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The court has reviewed the Magistrate Judge's Report and Recommendation and finds no clear error. Accordingly, the court **ADOPTS** the Magistrate Judge's Report and

1

Recommendation (Filing No. 23) and **GRANTS** the Government's Motion to Strike (Filing No. 11).

**SO ORDERED** this 29th day of July 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Copy to:
Angela Carter
586 N. Main St.
Franklinton, NC 27525